IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DINAH J. NICHOLS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINA FINANCIAL CORPORATION; and CRESCENT MORTGAGE COMPANY,<br><br>Defendants. | Civil Action File<br><br>No. 1:11-CV-01766-SCJ |

### ~~PROPOSED~~ ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND LITIGATION EXPENSES

Having considered the supporting memorandum of law, declaration, and exhibits, and the agreement of the Parties as set forth in the Settlement Agreement and Release, the Court hereby **GRANTS** Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Litigation Expenses and **ORDERS** that Plaintiffs are awarded attorneys' fees and reimbursement of costs in the amounts set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Litigation Expenses.

SO ORDERED, this 28th day of January 2013.

_/s/ Steve C. Jones_
HON. STEVEN C. JONES, JUDGE
UNITED STATES DISTRICT COURT