UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DINAH J. NICHOLS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINA FINANCIAL CORPORATION, and CRESCENT MORTGAGE COMPANY,<br><br>Defendants. | CIVIL ACTION<br>No. 1:11-cv-01766-SCJ |

### ORDER

This matter is before the Court on the Parties' Joint Motion to Approve Settlement [Doc. No. 68]. On January 17, 2013, this Court entered an order [Doc. No. 74] denying the Parties' motion because their settlement agreement [Doc. No. 73-1], which concerns claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*, contains a confidentiality provision. At a telephone conference held on January 18, 2013, the Parties were allowed to articulate why they feel a confidentiality provision is a necessary element of their settlement agreement.

The Court is aware that it has the discretion to approve an FLSA settlement agreement that includes a confidentiality provision. However, in previous cases, this

Court has denied the inclusion of such a provision in an FLSA settlement agreement for the reasons articulated in the Court's January 17, 2013 order.

In this case, the Parties immediately requested a telephone conference concerning the need for a confidentiality provision. During the January 18, 2013 telephone conference, the Parties articulated very compelling reasons as to why a confidentiality provision is necessary to their settlement agreement. The Court believes a confidentiality provision is appropriate for this particular case. Therefore, the Court finds that this case meets the exception requirements for approving an FLSA settlement agreement that contains a confidentiality provision.

Accordingly, the Parties' Joint Motion to Approve Settlement [Doc. No. 68] is hereby **GRANTED**. The Clerk is **DIRECTED** to file under seal the Parties' Settlement Agreement [Doc. No. 73-1] as the binding settlement reached in this cause of action. Once the Parties' Settlement Agreement is appropriately filed, the Clerk is **DIRECTED** to **CLOSE THIS ACTION**.

IT IS SO ORDERED, this 28th day of January, 2013.

*/s/ Steve C. Jones*
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE